# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| **DAVID L. COOK** | Case Number: 05MJ241-001-MWB |
| | USM Number: 07861-035 |
| | Robert Wichser |
| | Defendant's Attorney |

**THE DEFENDANT:**

■ admitted guilt to violation of condition(s) Standard Conditions 1, 5 & 11; Special Conditions 1 & 2; and Modified Special Condition 3 of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Condition 1 | Failure to appear for substance abuse testing and counseling | 01/24/06 |
| Special Condition 2 | Arrest for Disorderly Conduct and Interference with Official Acts | 11/05/05 |
| | Arrest for OWI and other misdemeanor charges | 11/25/05 |
| | Arrest for OWI and other misdemeanor charges | 01/13/06 |
| Modified Special Condition 3 | Failure to report to Beje Clark for 120 days confinement | 02/13/06 |
| Standard Condition 1 | Left district without permission | 05/05/06 |
| Standard Condition 5 | Failure to maintain employment | 01/16/06 |
| Standard Condition 11 | Failure to notify probation officer of arrest within 72 hours | 01/13/06 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

May 26, 2006
Date of Imposition of Judgment

_Mark W. Bennett_
Signature of Judge

Mark W. Bennett, Chief U.S. District Court Judge
Name and Title of Judge

6/5/06
Date

DEFENDANT: **DAVID L. COOK**
CASE NUMBER: **05MJ241-001-MWB**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :  **24 months**

■ The court makes the following recommendations to the Bureau of Prisons:

**It is recommended that you participate in the Bureau of Prisons' 500-Hour Comprehensive Residential Drug Abuse Program.**

**It is recommended that you be designated to a Bureau of Prisons facility in the state of Texas, to be in close proximity to your family.**

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL